# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CR-22-328-PRW |
| | ) | |
| JARED MICHAEL HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Plaintiff, United States of America, pursuant to 18 U.S.C. § 3731, appeals to the United States Court of Appeals for the Tenth Circuit from the order dismissing the indictment with prejudice, Doc. 36, entered on February 3, 2023.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/DAVID McCRARY
DAVID McCRARY (MA 683086)
Assistant U.S. Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
david.mccrary@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on March 3, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

 J.P. Hill and Laura K. Deskin, counsel for Jared Michael Harrison.

             s/DAVID McCRARY
             Assistant U.S. Attorney